RECEIVED

SEP 1 5 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Kenneth Black

Case No 16c6616
Case No 16c6615

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

Judge Elaine E. Buckb

vs.                             Case No: _____
                                (To be supplied by the Clerk of this Court)

Cook County Dept. of Corrections

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:                 **AMENDED COMPLAINT**

✓ _____   **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
          U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
          28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

    A. Name: _____

    B. List all aliases: _____

    C. Prisoner identification number: _____

    D. Place of present confinement: _____

    E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: _____

        Title: _____

        Place of Employment: _____

    B. Defendant: _____

        Title: _____

        Place of Employment: _____

    C. Defendant: _____

        Title: _____

        Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Reviewed: 8/2013

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

A. Name: Kenneth Black

B. List all aliases: _____

C. Prisoner identification number: 20150926182

D. Place of present confinement: Cook County Dept. of Corrections

E. Address: P.O. Box 089002 Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A. Defendant: Cook County Dept. of Corrections

Title: _____

Place of Employment: _____

B. Defendant: _____

Title: _____

Place of Employment: _____

C. Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

In the months of April of 2016, I wrote grievances explaining, I have back problem and complained of worsening back pains do to lack of back support on the dayroom stools. I ask for back support, like a chair for my back and spine. I was sent to see the medical staff and told them I'm having back and spine pains and need back and spine support. They told me they do not have anything for back and spinal support. I was told that tylenol would be given to me for the pain. I told them that I was already taking tylenol and it wasn't working. They then told me again they do not have support for the back and spine and there was nothing they could do. Days posted and Lt. Torres of division 2 paid me a vistid and ask me about the grievances I summited concerning my back, I told her the medical staff told me there is nothing they could do and they gave me tylenol after I told them I was taken it already and it was working. I asked her for a

4

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

chair or back brace and she said Mr. Black you know I can't do that. I told her that the medical said they don't have any kind of back support she than replied I don't know what to say to you than Mr. Black.

5

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Compensate for punitive and physical damages, failure to provide apporiate assistance/accommodations, and deprivation of statutory right

VI.  The plaintiff demands that the case be tried by a jury.  ☑ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __08__ day of __28__, 20 __16__

__/Kennett Black/__
(Signature of plaintiff or plaintiffs)

__Kenneth Black__
(Print name)

__20150926182__
(I.D. Number)

__Cook County Jail__
__P.O. Box 089002 Chicago, IL 60608__
(Address)



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016X3818

0578718

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME (Apellido del Preso): Black
INMATE FIRST NAME (Primer Nombre): Kenneth
ID Number (# de identificación): 20150926182

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 170 - Living Conditions

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: Supt 02
DATE REFERRED: 5/4/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: Deferred see... [illegible handwriting] ...Cermak Medical Staff... informed him that CCDOC does not have...

PERSONNEL RESPONDING TO GRIEVANCE (Print): Lt. Torres
SIGNATURE: [signature]
DIV./DEPT.: 2
DATE: 05/10/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): 
SIGNATURE: 
DIV./DEPT.: 
DATE: ___/___/___

NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE (Firma del Preso): Kenneth Black

DATE RESPONSE WAS RECEIVED (Fecha en que la respuesta fue recibida): 5/12/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL (Fecha de la solicitud del la apelacion del detenido): ___/___/___

INMATE'S BASIS FOR AN APPEAL (Base del detenido para una apelacion):

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?
¿Apelación del detenido aceptada por el administrador o/su designado(a)?
Yes (Si) ☐    No ☐

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION (Decision o recomendacion por parte del administrador o / su designado(a)):

ADMINISTRATOR / DESIGNEE (Administrador o / su Designado(a)):
SIGNATURE (Firma del Administrador o / su Designado(a)):
DATE (Fecha): ___/___/___

INMATE SIGNATURE (Firma del Preso):
DATE INMATE RECEIVED APPEAL RESPONSE (Fecha en que el Preso recibio respuesta a su apelacion): ___/___/___

FCN-48 (Rev. 09/14)    WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** 2016 X 1993

### INMATE INFORMATION *(Información del Preso)*

- **INMATE LAST NAME** *(Apellido del Preso)*: Black
- **INMATE FIRST NAME** *(Primer Nombre)*: Kenneth
- **ID Number** *(# de identificación)*: 20151902 6182

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
*(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)*

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** 200 - Medical Treatment

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):**

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** Cermak
**DATE REFERRED:** 3/8/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** Submit a HSRF to request medical services

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** Susan Shehel
**SIGNATURE:** Susan Shehel RN
**DIV. / DEPT.:**
**DATE:** 3/22/16

*Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.*

**SUPERINTENDENT / DIRECTOR / DESIGNEE (Print):**
**SIGNATURE:**
**DIV. / DEPT.:**
**DATE:** __/__/__

**NON-GRIEVANCE (REQUEST) SUBJECT CODE (Check applicable box):**
☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

**INMATE SIGNATURE** *(Firma del Preso)*: Kenneth Black

**DATE RESPONSE WAS RECEIVED:** __/__/16

### INMATE'S REQUEST FOR AN APPEAL *(Solicitud de Apelación del Preso)*

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* *Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.*

**DATE OF INMATE'S REQUEST FOR AN APPEAL:** __/__/16

**INMATE'S BASIS FOR AN APPEAL** *(Base del detenido para una apelacion)*: I file this grievance because the county jail like to neglect on my health treatment while they say they take care of it but they keep allegin and not having the right care for the damage to my [illegible].

**ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL?**   Yes *(Si)* ☐   No ☐

**ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION** *(Decision o recomendacion por parte del administrador o / su designado(a))*: [illegible handwriting]

**ADMINISTRATOR / DESIGNEE** *(Administrador o / su Designado(a))*:
**SIGNATURE** *(Firma del Administrador o / su Designado(a))*:
**DATE** *(Fecha)*: 4/__/16

**INMATE SIGNATURE** *(Firma del Preso)*:

**DATE INMATE RECEIVED APPEAL RESPONSE:** __/__/__

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL # : 
INMATE ID # :

---

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(! Para ser llenado solo por el personal de Inmate Services !)*

### GRIEVANCE FORM PROCESSED AS:
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

### REFERRED TO:
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

---

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso)*: Black
**PRINT - FIRST NAME** *(Primer Nombre)*: Kenneth
**INMATE BOOKING NUMBER** *(# de identificación del detenido)*: 20150926152
**DIVISION** *(División)*: 2
**LIVING UNIT** *(Unidad)*: 1F House
**DATE** *(Fecha)*: 3/7/16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso)*:

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente)*: 3/7/16
**TIME OF INCIDENT** *(Hora Del Incidente)*: 1:00 PM
**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente)*: Div 2 1F

My back been hurting since I been lock up. I had a bad back before I came, but sitting on the table stool in the day room has been making my back worst. I am asking to be accommodated please and thank you.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

---

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
*(Nombre del personal o presos que tengan información:)*

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha)*: Kenneth Black 3/7/16

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

**CRW/PLATOON COUNSELOR (Print):** V. Butler
**SIGNATURE:** V Butler
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3-8-16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

CONTROL #: 
INMATE ID #:

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !

**GRIEVANCE FORM PROCESSED AS:**
- [ ] EMERGENCY GRIEVANCE
- [ ] GRIEVANCE
- [ ] NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- [ ] CERMAK HEALTH SERVICES
- [ ] SUPERINTENDENT: _____
- [ ] OTHER: _____

### INMATE INFORMATION

- **PRINT - INMATE LAST NAME:** Black
- **PRINT - FIRST NAME:** Kenneth
- **INMATE BOOKING NUMBER:** 2015002618?
- **DIVISION:** 2
- **LIVING UNIT:** Div 2 D1-F
- **DATE:** 4-27-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

- **DATE OF INCIDENT:** 4-27-16
- **TIME OF INCIDENT:** 3:00pm
- **SPECIFIC LOCATION OF INCIDENT:** Div 2 D1-F

My back has been hurting since I been in CCDOC I had had pains before I came but sitting on the table stool in the dayroom has been making my back worst.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED**

I am requesting to be accommodated, I am asking for back support on the stools please and thank you.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.

(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

- **NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:**
- **INMATE SIGNATURE AND DATE:** Kenneth Black 4-27-16

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

- **CRW/PLATOON COUNSELOR (Print):** V. Butler
- **SIGNATURE:** V Butler
- **DATE CRW/PLATOON COUNSELOR RECIEVED:** 5/3/16
- **SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
- **SIGNATURE:**
- **DATE REVIEWED:**

(WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

I, Kenneth Black, swear under penalty of perjury that I served a copy of the attached document on Cook County Dept. of Corrections, P.O. Box 089002 Chicago, IL 60608, by placing it in the mail at the Cook County Correctional Center on 9/9/16

Kenneth Black